# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 13-cr-00290-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAMONE HICKS,

    Defendant.

---

# ORDER CONCERNING DISCLOSURE
# OF GRAND JURY MATERIALS

---

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material (Doc. # 11). Upon consideration of the motion, it is ORDERED as follows:

    1.    The United States Attorney's Office may disclose to the defense the transcripts of testimony and exhibits presented before the Grand Jury in the above-captioned case. The defense attorney is to maintain control over the material, keeping it in his confidential files and under the control of his or her confidential employees. The Court's Order here shall permit pretrial disclosure of the Grand Jury transcripts and exhibits which would be disclosed pursuant to 18 U.S.C. § 3500 or Fed.R.Crim.P. 26.2 and 16.

    2.    The Grand Jury material so disclosed is to be used for purposes of the above-captioned case only, to include any appeals taken, and for no other purpose until

further order of this Court.  The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED: July __19__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge